# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-02312-WYD-KMT

**DUSTIN A. KELTIE,**

    Plaintiff,

v.

**TAYLOR & HALL TRANSPORT, LLC; FREIGHT LOGISTICS & TRANSPORTATION, INC.; and JOHN S. BRIDGES, individually,**

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT FREIGHT LOGISTICS & TRANSPORTATION, INC.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to the dismissal **with prejudice** of all claims made by Plaintiff Dustin A. Keltie ("Keltie") against Defendant Freight Logistics & Transportation, Inc. ("Freight Logistics"). Keltie and Freight Logistics are to bear their own costs, expenses, and attorneys' fees.

1615566

STIPULATED AND AGREED:

By:/s/ Jeremy A. Sitcoff
Bradley A. Levin, Esq.
Jeremy A. Sitcoff, Esq.
Levin Sitcoff PC
1512 Larimer Street, Suite 650
Denver, CO 80202
bal@levinsitcoff.com
jas@levinsitcoff.com

By: /s/ Molly Greenblatt Welch
Molly Greenblatt
Bruce Braley
LEVENTHAL &PUGA, P.C.
950 S Cherry St., Suite 600
Denver CO 80246
(303) 759-9945
(303) 759-9692
MGreenblatt@leventhal-law.com
bbraley@leventhal-law.com
*Counsel for Plaintiff*

Dated: August 12, 2016

By:/s/ Adam Goldstein
Adam Goldstein, Esq.
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406

*Counsel for Defendant John S. Bridges*

Dated: August 12, 2016

By: /s/ Dale M. Weppner
Dale M. Weppner
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102

*Counsel for Defendant Freight Logistics & Transportation, Inc.*

Dated: August 12, 2016

By: /s/ Seth Rider
Seth Rider
Baldwin Morgan & Rider, PC
1512 Larimer Street, Suite 450
Denver, CO 80202

*Counsel for Defendant Taylor & Hall Transport, LLC*

Dated: August 12, 2016

1615566

## **CERTIFICATE OF DELIVERY**

      I hereby certify that a true and correct copy of the foregoing was duly served this 12th day of August 2016, to each of the following:

| | | |
|---|---|---|
| Bradley A. Levin, Esq. | ( ) | via U.S. Mail |
| Jeremy A. Sitcoff, Esq. | ( ) | via Hand Delivery |
| Levin Rosenberg PC | ( ) | via Facsimile |
| 1512 Larimer Street, Suite 650 | ( ) | via Overnight Mail |
| Denver, CO 80202 | (x) | via CM/ECF System |
| *Counsel for Plaintiff* | ( ) | via email |
| | | |
| Molly Greenblatt Welch, Esq. | ( ) | via U.S. Mail |
| Bruce Braley, Esq. | ( ) | via Hand Delivery |
| Leventhal & Puga, P.C. | ( ) | via Facsimile |
| 950 S. Cherry Street, Suite 600 | ( ) | via Overnight Mail |
| Denver, CO 80246 | (x) | via CM/ECF System |
| *Counsel for Plaintiff* | ( ) | via email |
| | | |
| James M. Dieterich, Esq. | ( ) | via U.S. Mail |
| White and Steele, P.C. | ( ) | via Hand Delivery |
| Dominion Towers, North Tower | ( ) | via Facsimile |
| 600 17th Street, Suite 600N | ( ) | via Overnight Mail |
| Denver, CO 80202-5406 | (x) | via CM/ECF System |
| *Counsel for Defendant John S. Bridges* | ( ) | via email |
| | | |
| Seth Rider | ( ) | via U.S. Mail |
| Baldwin Morgan & Rider, PC | ( ) | via Hand Delivery |
| 1512 Larimer Street, Suite 450 | ( ) | via Facsimile |
| Denver, CO 80202 | ( ) | via Overnight Mail |
| | (x) | via CM/ECF System |
| | ( ) | via email |

                                              */s/ Dale M. Weppner*

1615566