IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-02312-WYD-KMT

DUSTIN A. KELTIE,

      Plaintiff,

v.

TAYLOR & HALL TRANSPORT, LLC; FREIGHT LOGISTICS & TRANSPORTATION, INC.; and JOHN S. BRIDGES, individually,

      Defendants.

---

**NOTICE OF NAME CHANGE OF COUNSEL FOR THE PLAINTIFF**

---

      **COMES NOW** Molly Lee Greenblatt Welch of the law firm of Leventhal & Puga, P.C., counsel for Plaintiff Dustin A. Keltie, and informs the Court that on August 10, 2016, Ms. Greenblatt's name was legally changed to Molly Lee Greenblatt.  Please be advised of the following:

      1.  Molly Lee Greenblatt is presently counsel of record for Plaintiff Dustin A. Keltie.

      2.  On August 10, 2016, Ms. Greenblatt's name was legally changed to Molly Lee Greenblatt.

      3.  Ms. Welch will remain as counsel of record and is only informing the Court and all parties of the change of name.

      Respectfully submitted this 16th day of August, 2016.

                              *s/  Molly Lee Greenblatt*
                              Molly Lee Greenblatt
                              Bruce Braley
                              **LEVENTHAL & PUGA, P.C.**
                              950 S. Cherry St., Ste. 600
                              Denver, CO 80246
                              Phone: (303) 759-9945
                              Fax: (303) 759-9692
                              Email: mgreenblatt@leventhal-law.com
                                             bbraley@leventhal-law.com

Bradley A. Levin
Jeremy A. Sitcoff
LEVIN SITCOFF, PC
1512 Larimer St., Ste. 650
Denver, CO 80202
Phone: (303) 575-9390
Fax: (303) 575-9385
Email: bal@levinsitcoff.com
jas@levinsitcoff.com

*Attorneys for Plaintiff*

<u>CERTIFICATE OF DELIVERY</u>

I hereby certify that on this 17th day of August, 2016, I electronically filed the foregoing with the Court of the United States District Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James M. Dieterich, Esq.
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406
E-mail: jdietrich@wsteele.com
*Counsel for Defendant John S. Bridges*

Dale M. Weppner
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 2000
Saint Louis, Missouri 63102
E-mail: dmw@greensfelder.com
*Counsel for DefendantFreight Logistics &*
*Transportation, Inc.*

Seth A. Rider, Esq.
Baldwin Morgan & Rider, P.C.
1512 Larimer St., Ste. 450
Denver, CO 80202
E-mail: seth@bmrpc.com
E-mail: jono@bmrpc.com
*Counsel for Defendant Taylor and Hall*
*Transport, LLC*

*/s/ Erica D. Whitlock*