### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-02312-WYD-KMT

DUSTIN A. KELTIE,

      Plaintiff,

v.

TAYLOR & HALL TRANSPORT, LLC; FREIGHT LOGISTICS & TRANSPORTATION, INC.; and JOHN S. BRIDGES, individually.

      Defendants.

### NOTICE OF SETTLEMENT

Plaintiff, Dustin A. Keltie, by and through his attorneys, Jeremy A. Sitcoff and Bradley A. Levin of LEVIN SITCOFF PC, and Molly Greenblatt and Bruce A. Braley of LEVENTHAL & PUGA, P.C., hereby notify the Court that the above-captioned matter has been settled, and each party to bear his or its attorney fees and costs. The parties anticipate filing a stipulation for dismissal with prejudice in the next thirty days.

Dated this 28th day of October 2016.

      Respectfully submitted,

      *s/ Jeremy A. Sitcoff*
      Bradley A. Levin
      Jeremy A. Sitcoff
      **LEVIN SITCOFF PC**
      1512 Larimer Street, Suite 650
      Denver, Colorado 80202
      (303) 575-9390
      (303) 575-9385
      bal@levinsitcoff.com
      jas@levinsitcoff.com

Molly Greenblatt
Bruce Braley
**LEVENTHAL & PUGA, P.C.**
950 S Cherry St., Suite 600
Denver CO 80246
 (303) 759-9945
(303) 759-9692
mgreenblatt@leventhal-law.com
bbraley@leventhal-law.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF DELIVERY**

I hereby certify that on this 28th day of October 2016 a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following:

| | | |
|---|---|---|
| James M. Dieterich, Esq. | ( ) | via U.S. Mail |
| Adam Goldstein, Esq. | ( ) | via Hand Delivery |
| White and Steele, P.C. | ( ) | via Facsimile |
| Dominion Towers, North Tower | ( ) | via Overnight Mail |
| 600 17th Street, Suite 600N | (x) | via Email |
| Denver, CO 80202-5406 | | |
| *Counsel for Defendant John S. Bridges* | | |

| | | |
|---|---|---|
| Seth A. Rider, Esq, | ( ) | via U.S. Mail |
| Amy Johnson, Esq. | ( ) | via Hand Delivery |
| Baldwin Morgan & Rider, P.C. | ( ) | via Facsimile |
| 1512 Larimer St., Suite 450 | ( ) | via Overnight Mail |
| Denver, CO  80202 | (x) | via Email |
| *Attorneys for Defendant Taylor & Hall Transport, LLC* | | |

*s/ Nicole R. Peterson*
Nicole R. Peterson